UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Remote Wholesale Inc.,

                Plaintiff,        Case No. 21-11079

v.                                     Judith E. Levy
                                     United States District Judge

Transglobal Recycling Inc., *et al.*,

                                     Mag. Judge Kimberly G. Altman

                Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR ADMISSION OF MICHAEL AGRESTI *PRO HAC VICE* [9]

On August 23, 2021, Plaintiff Remote Wholesale, Inc., through its counsel, Stephen M. Ryan, filed a motion for admission of Michael Agresti *pro hac vice* to the Eastern District of Michigan for the instant case. (ECF No. 9.) Plaintiff alleges that Agresti is an attorney licensed to practice law in the State of Pennsylvania and that Agresti has been in good standing with the State Bar of Pennsylvania since his admission. (*Id*. at PageID.36–37.)

However, under the Court's local rules, "*[p]ro hac vice* admission is not permitted." E.D. Mich. LR 83.20(c)(1). Additionally, while the Comment to Rule 83.20(c)(1) indicates that this provision is "subordinate to any provision of federal law or rules to the contrary" and identifies the "Rules of Procedure of the Judicial Panel on Multidistrict Litigation promulgated pursuant to 28 U.S.C. § 1407(f)" as an example, Plaintiff has not indicated any provision of federal law or rule to the contrary that would apply here such that *pro hac vice* status could be conferred.

For the reasons set forth above, the Court DENIES Plaintiff's motion for admission of Michael Agresti *pro hac vice*. Counsel's attention is directed to E.D. Mich. LR 83.20(d), which details the procedure for admission to the bar of this Court.

IT IS SO ORDERED.

Dated: August 25, 2021      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2021.

s/William Barkholz

                                                        WILLIAM BARKHOLZ
                                                        Case Manager